CAUGHEY v. LEWIS. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Appeal from Special Term, New York County. Action by Clemens J. Caughey against Arthur B. Lewis. From an order granting a motion for a bill of particulars, plaintiff appeals. Modified, and, as modified, affirmed. William P. Maloney, for appellant. Wilson Lee Cannon, for respondent.
PER CURIAM. The order appealed from should be modified, by striking from the end of the subdivision marked "3" thereof the words "and the value of each particular item of such alleged services," and, as thus modified, affirmed, without costs.

affirmed. See, also, 117 N. Y. Supp. 1130. William P. Maloney, for appellant. Wilson Lee Cannon, for respondent.

PER CURIAM. The order appealed from should be modified by striking therefrom the words "and (b) said bill of particulars does not specify the value of each particular item of the alleged services which plaintiff in paragraph marked 'Fourth' of the complaint claims to be of the reasonable value of one hundred and fifty thousand dollars ($150,000), as directed in section marked '3' of said order." As so modified, the order is affirmed without costs.

In re CHANLER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) In the matter of John A. Chanler. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.